03-1403